IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CINDY BENTLEY, individually, and on behalf of all other persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 07-10-AS |
| v. | ) ) | O R D E R |
| ALBERTSONS, a foreign corporation, | ) ) | |
| Defendant. | ) | |

    A. E. Bud Bailey
    James D. Pinney
    Karen A. Moore
    BAILEY PINNEY & ASSOCIATES, LLC
    Columbia Tech Center
    1498 S.E. Tech Center Place, Suite 290
    Vancouver, WA  98683

    Attorneys for Plaintiff

    Andrea D. Coit
    Sharon A. Rudnick
    HARRANG LONG GARY RUDNICK, PC
    360 E. 10th Avenue, Suite 300
    Eugene, OR  97401-3273

    Joshua B. Waxman

W. Randolph Teslik
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W., Suite 1000
Washington, D.C.  20036

    Attorneys for Defendant

JONES, Judge:

Magistrate Judge Donald C. Ashmanskas filed Findings and Recommendation (#55) on July 24, 2007, in the above entitled case.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report.  See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections.  I have, therefore, given de novo review of Magistrate Judge Ashmanskas's rulings.

I find no error.  Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#55) dated July 23, 2007, in its entirety.  Plaintiff's motion (#10) to remand is granted.  Plaintiff's motions (#19 and #46) to strike are denied.

IT IS SO ORDERED.

DATED this 13th day of September, 2007.

                                        /s/ Robert E. Jones
                                       ROBERT E. JONES
                                       U.S. District Judge